JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILVER STIVI GARCIA DE LEON,

Petitioner,

v.

FACILITY ADMINISTRATOR, DESERT VIEW FACILITY, *et al.*,

Respondents.

Case No. 5:26-03198-MRA-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: August 3, 2026

MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE